## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, on behalf of its members, C. WAYNE DORE, CHRISTY SMITH, LEE NETTLES, and DIANE NETTLES, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>        Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Defendant. | Civil Action No. 3:15-cv-30024-MGM |

## ASSENTED-TO MOTION TO EXTEND DEADLINE

Defendant Massachusetts Institute of Technology ("MIT") hereby moves, with the assent of the plaintiffs and without waiver of any defenses that may be presented pursuant to Federal Rule of Civil Procedure 12(b) or otherwise, for an extension of the deadline to move, answer, or otherwise respond to the Amended Complaint until and including **May 11, 2015**. Defendants' response is currently due on **March 10, 2015**.

In support of this motion, MIT states that it requires additional time to adequately prepare a response to the Complaint and that no prior extension has been granted.

WHEREFORE, MIT respectfully request that the Court extend the deadline to move, answer, or otherwise respond to the Complaint until and including May 11, 2015.

### RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I conferred with counsel for Plaintiffs about the above motion, and counsel for Plaintiffs assent to the motion.

Dated: March 5, 2015

Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY

By its counsel,

/s/ Christopher M. Morrison
Christopher M. Morrison (BBO #651335)
JONES DAY
100 High Street, 21st Floor
Boston, Massachusetts 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
cmorrison@jonesday.com

## CERTIFICATE OF SERVICE

I, Christopher M. Morrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 5, 2015.

/s/ Christopher M. Morrison
Christopher M. Morrison