## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, on behalf of its members, C. WAYNE DORE, CHRISTY SMITH, LEE NETTLES, and DIANE NETTLES, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | Civil Action No. 3:15-cv-30024-MGM |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the U.S. District Court for the District of Massachusetts, Defendant Massachusetts Institute of Technology ("MIT") hereby provides the following corporate disclosure statement:

MIT does not issue stock and has parent corporation.

*Signature Page Follows.*

Dated: March 5, 2015

Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

/s/ Christopher M. Morrison
Christopher M. Morrison (BBO #651335)
JONES DAY
100 High Street, 21st Floor
Boston, Massachusetts 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
cmorrison@jonesday.com

## CERTIFICATE OF SERVICE

I, Christopher M. Morrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 5, 2015.

/s/ Christopher M. Morrison
Christopher M. Morrison