# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, on behalf of its members, C. WAYNE DORE, CHRISTY SMITH, LEE NETTLES, and DIANE NETTLES, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>    Plaintiffs,<br><br>  v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Defendant. | Civil Action No. 3:15-cv-30024-MGM |

## NOTICE OF APPEARANCE

  Please enter my appearance on behalf of Massachusetts Institute of Technology in the above-captioned action.


Dated: March 6, 2015

                Respectfully submitted,

                MASSACHUSETTS INSTITUTE OF
                TECHNOLOGY,

                /s/ Christopher M. Morrison
                Christopher M. Morrison (BBO #651335)
                JONES DAY
                100 High Street, 21st Floor
                Boston, Massachusetts 02110
                Telephone: (617) 960-3939
                Facsimile: (617) 449-6999
                cmorrison@jonesday.com

## **CERTIFICATE OF SERVICE**

       I, Christopher M. Morrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 6, 2015.

                                              /s/ Christopher M. Morrison
                                              Christopher M. Morrison