UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, on behalf of itself, C. WAYNE DORE, CHRISTY SMITH, LEE NETTLES, and DIANE NETTLES, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>          Plaintiffs,<br><br>    v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>          Defendant. | Civil Action No. 3:15-CV-30024-MGM |

**DEFENDANT'S MOTION FOR LEAVE
TO FILE A MEMORANDUM OF LAW**

Defendant Massachusetts Institute of Technology ("Defendant") respectfully requests leave to file a Memorandum in Support of its Motion to Stay or Dismiss of no more than 35 pages pursuant to L.R. 7.1(b)(4). In support of the motion, Defendant states that the Complaint implicates complicated statutory and regulatory issues and that Defendant believes the argument and citation in the additional pages will materially aid the Court in its consideration of Defendant's Motion.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I certify that, pursuant to Local Rule 7.1(a)(2), Defendant's counsel conferred with Plaintiffs' counsel and attempted in good faith to resolve or narrow the issues, and Plaintiffs assent to the relief requested herein.

                                                        /s/ Christopher M. Morrison
                                                        Christopher M. Morrison

Dated: May 8, 2015

Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

By its counsel,

/s/ Christopher M. Morrison
Christopher M. Morrison (BBO#651335)
JONES DAY
100 High Street
Boston, MA 02110
617-960-3939
cmorrison@jonesday.com

Robert A. Naeve, *pro hac vice* (CSB# 106095)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
949-553-7507
rnaeve@jonesday.com

**CERTIFICATE OF SERVICE**

I, Christopher M. Morrison, hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as nonregistered participants by first class mail on May 8, 2015.

Dated:  May 8, 2015

/s/ Christopher M. Morrison
Christopher M. Morrison