# APPENDIX OF FILINGS FROM OTHER CASES

| | |
|---|---|
| A | DOJ Statement of Interest in Opposition to Defendant's Motion to Dismiss, Oct. 3, 2011, *Nat'l Ass'n of the Deaf v. Netflix, Inc.*, No. 11-CV-30168-MAP (D. Mass.), ECF No. 24. |
| B | Court Memorandum and Order Regarding Defendant's Motion to Dismiss, Nov. 10, 2011, *Nat'l Ass'n of the Deaf v. Netflix, Inc.*, No. 11-CV-30168-MAP (D. Mass.), ECF No. 32. |
| C | DOJ Statement of Interest in Opposition to Defendant's Motion for Judgment on the Pleadings, May 15, 2012, *Nat'l Ass'n of the Deaf v. Netflix, Inc.*, No. 11-CV-30168-MAP (D. Mass.), ECF No. 45. |
| D | Court Ordered Consent Decree, Oct. 10, 2012, *Nat'l Ass'n of the Deaf v. Netflix, Inc.*, No. 11-CV-30168-MAP (D. Mass.), ECF No. 88. |
| E | DOJ Statement of Interest on Defendants' Motion to Dismiss or Stay, Dec. 21, 2010, *Ariz. ex rel. Goddard v. Harkins Admin. Servs., Inc.*, No. CV-07-00703-PHX-ROS (D. Ariz.), ECF No. 75. |