UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, on behalf of its members, C. WAYNE DORE, CHRISTY SMITH, and LEE NETTLES, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>        Plaintiffs,<br><br>    v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Defendant. | Civil Action No. 15-30024-KAR |

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiffs National Association of the Deaf ("NAD"), on behalf of its members, C. Wayne Dore, Christy Smith, and Lee Nettles, on behalf of themselves and a proposed class of similarly situated persons (collectively, "Plaintiffs") and Defendant Massachusetts Institute of Technology "Defendant") jointly and respectfully move for a stay of all proceedings, including discovery, in this Court until Friday, May 31, 2019, while Plaintiffs and Defendant explore a mutually agreeable settlement of this case.

The grounds for this motion are as follows:

1.    The parties have recently agreed to re-enter settlement negotiations and are in the process of discussing a possible disposition that would be mutually agreeable to the parties and would conserve the resources of the Court.

2.    The parties believe that a stay of all proceedings while they negotiate a potential settlement would be in the interests of justice and judicial efficiency.

3. The Court has the authority to stay the proceedings on its docket. *See, e.g.*, *Landis v. North American Co.*, 299 U. S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

4. The parties propose that, if progress is made, the parties will file a joint memorandum with the Court on or before May 31, 2019, asking for a further stay of proceedings pending final settlement.

WHEREFORE, Plaintiffs and Defendant respectfully move that the Court enter an Order staying all proceedings, including discovery, until May 31, 2019, pending the outcome of the parties' settlement negotiations.

Dated: May 10, 2019

Respectfully submitted,

**DEFENDANT:**

By: /s/ Roberto M. Braceras
Roberto M. Braceras (BBO# 566816)
Jennifer B. Luz (BBO# 657739)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
rbraceras@goodwinlaw.com
jluz@goodwinlaw.com

William M. Jay (*pro hac vice*)
Andrew Kim (*pro hac vice*)
901 New York Avenue NW
Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444
wjay@goodwinlaw.com
andrewkim@goodwinlaw.com

Janet Grumer (*pro hac vice*)
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel.: 213.633.6866
Fax: 213.633.4231
janetgrumer@dwt.com

**PLAINTIFFS:**

By: /s/ Thomas P. Murphy
Thomas P. Murphy (BBO# 630527)
DISABILITY LAW CENTER, INC.
32 Industrial Drive East
Northampton, MA 01060
Tel.: 413.584.6337
tmurphy@dlc-ma.org

Amy Farr Robertson (*pro hac vice*)
CIVIL RIGHTS EDUCATION AND
ENFORCEMENT CENTER
104 Broadway, Suite 400

Denver, CO 80203
Tel.: 303.757.7901
arobertson@creeclaw.org

Stanley J. Eichner (BBO# 543139)
Caitlin Parton (BBO# 690970)
DISABILITY LAW CENTER, INC.
11 Beacon Street, Suite 925
Boston MA 02108
Tel.: 617.723.8455
seichner@dlc-ma.org

Caroline E. Jackson (*pro hac vice*)
Marc P. Charmatz (*pro hac vice*)
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Tel.: 301.587.1788
Fax: 301.587.1789
caroline.jackson@nad.org
marc.charmatz@nad.org

Joseph M. Sellers (*pro hac vice*)
Shalyn Cochran (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave NW, Fifth Floor
Washington DC 20005
Tel.: 202.408.4600
jsellers@cohenmilstein.com
scochran@cohenmilstein.com

## CERTIFICATE OF SERVICE

I, Roberto M. Braceras, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on May 10, 2019.

/s/ Roberto M. Braceras